IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ROBERT HARRIS, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Civil No. 5:22-cv-05147-JMG |
| | : | |
| AMY COLE, *et al.*, | : | |
|     Defendants. | : | |

_____

**ORDER**

**AND NOW**, this 15th day of September, 2023, upon consideration of Defendants Martinez, Nagle, Pennypacker, Sallock and Stephens Motion to Dismiss for Failure to State a Claim (ECF No.7), Defendants Cole and Compano Motion to Dismiss for Failure to State a Claim (ECF No. 8), both dated March 10, 2023, and Plaintiff Harris Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 12), dated June 22, 2023,

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss for Failure to State a Claim (ECF No.s 7 and 8) are **GRANTED;**

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge